1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  STEVEN WATSON,                    )    No.  EDCV 11-1123 MAN
11                                    )
12         Plaintiff,                 )    [PROPOSED] ORDER AWARDING
                                      )    EAJA FEES
13         v.                         )
14                                    )
    MICHAEL J. ASTRUE,                )
15  Commissioner Of Social Security,  )
16                                    )
           Defendant.                 )
17  _____   )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19       IT IS ORDERED that EAJA fees shall be awarded in the amount of ONE
20
    THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($1,900.00), subject to the
21
    terms of the Stipulation.
22
         DATE:  August 22, 2012
23

24                                        *Margaret A. Nagle*
25                                        _____
26                                          MARGARET A. NAGLE
                                         UNITED STATES MAGISTRATE JUDGE
27

28

                                    -1-